## Nickie PARKER v. STATE.
### No. 17071.

Court of Criminal Appeals of Texas.
Dec. 19, 1934.

E. Harold Beck, of Texarkana, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is theft by bailee; penalty assessed at confinement in the penitentiary for ten years.

The prosecution is founded upon article 1429, P. C. 1925. See Summers v. State, 122 Tex. Cr. R. 179, 54 S.W.(2d) 508.

There are several counts in the indictment, which appears regular upon its face.

The evidence which was before the trial court is not brought up for review. There are no bills of exception.

Effect is given to the Indeterminate Sentence Law (Vernon's Ann. C. C. P. art. 775) fixing the penalty at not less than two nor more than ten years.

Nothing has been perceived in the record which would require or warrant a reversal of the judgment. It is therefore affirmed.

## Claude PRIVITT v. STATE.
### No. 17453.

Court of Criminal Appeals of Texas.
Jan. 16, 1935.

R. Loftin and John Davenport, both of Wichita Falls, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is possession of intoxicating liquor for the purpose of sale; the punishment, confinement in the penitentiary for five years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Homer RUDOLPH v. STATE.
### No. 17288.

Court of Criminal Appeals of Texas.
Jan. 2, 1935.

Alvin C. Owsley, of Denton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State. -

CHRISTIAN, Judge.

The offense is robbery; the punishment, confinement in the penitentiary for twenty years.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.